```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09330
   THERESA D THOMAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4529


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/02/2006 and was confirmed 10/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00             .00             .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE      955.56             .00          955.56
DRIVE FINANCIAL SERVICES  SECURED               .00             .00             .00
CAPITAL ONE AUTO FINANCE  SECURED          14322.44          958.24          300.00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          1012.97           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           7062.09           .00          2574.31
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED           .00             .00
AMERICASH LOANS           UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED          716.81            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1560.00            .00             .00
B-LINE/APPLIED CARD BANK  UNSECURED          153.43            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1214.31            .00             .00
GREAT AMERICAN FINANCE    UNSECURED          914.64            .00             .00
GREAT LAKES SPECIALITY F  UNSECURED        NOT FILED           .00             .00
HSBC BANK NEVADA NA       UNSECURED         1175.54            .00             .00
LASALLE BANK ABN AMRO     UNSECURED        NOT FILED           .00             .00
LEADING EDGE RECOVERY SO  UNSECURED        NOT FILED           .00             .00
NELNET LNS                UNSECURED        NOT FILED           .00             .00
NELNET LNS                UNSECURED        NOT FILED           .00             .00
NELNET LNS                UNSECURED        NOT FILED           .00             .00
NELNET LNS                UNSECURED        NOT FILED           .00             .00
NELNET LNS                UNSECURED        NOT FILED           .00             .00
NICOR GAS                 UNSECURED          525.61            .00             .00
VILLAGE OF LANSING        UNSECURED        NOT FILED           .00             .00
VILLAGE OF LANSING        UNSECURED        NOT FILED           .00             .00
VILLAGE OF LANSING        UNSECURED        NOT FILED           .00             .00
VILLAGE OF LANSING        UNSECURED        NOT FILED           .00             .00
VILLAGE OF LYNWOOD        UNSECURED        NOT FILED           .00             .00
VILLAGE OF HOMEWOOD       UNSECURED        NOT FILED           .00             .00
SUN CASH                  UNSECURED        NOT FILED           .00             .00
TRU GREEN CHEMLAWN        UNSECURED        NOT FILED           .00             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09330 THERESA D THOMAS
```

```
RMI/MCSI                   UNSECURED         2150.00            .00            .00
GREAT AMERICAN FINANCE     SECURED           1000.00          30.31         159.69
ISAC                       UNSECURED        28820.30            .00            .00
JASON NELSON               NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,124.00                     2,124.00
TOM VAUGHN                 TRUSTEE                                          430.41
DEBTOR REFUND              REFUND                                              .00
```

     Summary of Receipts and Disbursements:
     --------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
     --------------------------------------------------------------------------
     TRUSTEE             7,532.52

     PRIORITY                                    2,574.31
     SECURED                                     1,415.25
         INTEREST                                  988.55
     UNSECURED                                        .00
     ADMINISTRATIVE                              2,124.00
     TRUSTEE COMPENSATION                          430.41
     DEBTOR REFUND                                    .00
                         ---------------     ---------------
     TOTALS              7,532.52                7,532.52

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE